**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 11-cv-00634-REB-BNB

CHARLES BLANDIN,

      Applicant,

v.

CHARLES DANIELS,

      Respondent.

**ORDER REFERRING HABEAS PETITION TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

**Blackburn, J.**

This matter comes before the Court, *sua sponte*.

**IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), and D.C.COLO.LCivR 72.1C.3, the United States Magistrate Judge is designated to conduct proceedings in this action as follows:

(X)    Hear and determine pretrial matters, as referred.

(X)    Provide a report and recommendation with regard to the petition.

**IT IS FURTHER ORDERED that parties and counsel shall be familiar and comply with the undersigned judge's requirements found at www.cod.uscourts.gov.**

Dated July 12, 2011, at Denver, Colorado.

                                      **BY THE COURT:**

                                      */s/ Robert E. Blackburn*
                                      Robert E. Blackburn
                                      United States District Judge