### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Case No. 11-cv-00634-REB-BNB

CHARLES BLANDIN,

    Applicant,

v.

CHARLES DANIEL, Warden,

    Respondent.

### ORDER ADOPTING RECOMMENDATIONS OF THE
### UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matter is before me on the **Recommendation of United States Magistrate Judge** [#14][1] filed September 6, 2011. No objections having been filed to the recommendation, I review it only for plain error. ***See Morales-Fernandez v. Immigration & Naturalization Service***, 418 F.3d 1116, 1122 (10th Cir. 2005).[2] Finding no error in the disposition recommended by the magistrate judge, I find and conclude that the recommendation should be approved and adopted as an order of this court.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Recommendation of United States Magistrate Judge** [#14] filed September 6, 2011, is **APPROVED AND ADOPTED** as an order of this court;

---

[1] "[#14]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

[2] This standard pertains even though plaintiff is proceeding *pro* se in this matter. ***Morales-Fernandez***, 418 F.3d at 1122.

2. That the **Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** [#1] filed March 14, 2011, is **DENIED**; and

3. That this action is **DISMISSED WITH PREJUDICE**.

Dated October 13, 2011, at Denver, Colorado.

                **BY THE COURT:**

                */s/ Robert E. Blackburn*
                Robert E. Blackburn
                United States District Judge